UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| SHERRY BROWN,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:26-CV-00282-DCLC-CRW |

**ORDER**

This plaintiff, who purports to be a resident of Mississippi, contends that the defendants, who are not identified in any way beyond their names, "are potential award-winning actors" who "need to enhance their skills with the assistance of the Court." [Doc. 2]. That is the total of information about the case offered, no federal question is identified, and diversity of citizenship is not supported by information about the states of residence of the defendants. Under Rule 8(a)(1) of the Federal Rules of Civil Procedure, a plaintiff in federal court has the burden of pleading sufficient facts to establish subject-matter jurisdiction, and here there has been no effort to do so. While the Court would ordinarily extend an opportunity to amend, in this case it does not: there are too many defects and it is evident to the Court that this is a "ghost" complaint, not brought by a real person who suffered a real injury as a result of a real violation of federal or any other law. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(h)(3) and the In Forma Pauperis Motion is **DENIED** as moot.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge